ACCEPTED
15-24-00113-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/16/2025 9:14 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00113-CV**

In the Court of Appeals
for the Fifteenth District
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/16/2025 9:14:46 AM
CHRISTOPHER A. PRINE
Clerk

## Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,
*Appellants,*

V.

## American Airlines, Inc.,
*Appellee.*

On Appeal from the 98th Judicial District Court, Travis County, Texas
Cause Number D-1-GN-16-000621

## Appellants' Unopposed First Motion for Extension of Time to File Appellants' Reply Brief

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

STEVEN ROBINSON
Division Chief, Tax Litigation
Division

DEBORAH J. RAO
Assistant Attorney General
State Bar No. 24131915
deborah.rao@oag.texas.gov
RAY LANGENBERG
Specially Deputized
Assistant Attorney General
State Bar No. 11911200
ray.langenberg@cpa.texas.gov
ALYSON "ALLY" THOMPSON
Assistant Attorney General
State Bar No. 24143794
Office of the Attorney General
Tax Litigation Division
P.O. Box 12548
Austin, Texas 78711
Tel: 512-475-3503
Fax: 512-478-4013
*Counsel for Appellants*

## MOTION TO EXTEND

1. Appellants ask the Court to grant an extension of fourteen (14) days to file their reply brief, extending the due date from Monday, April 28, 2025, to Monday, May 12, 2025.

2. This is Appellants' first request for an extension of time to file their reply brief.

3. Good cause exists for the Court to grant this extension.

4. Specifically, the undersigned counsel, Deborah J. Rao, will be occupied with the following matters, among others: (1) assisting with pretrial proceedings and dispositive motions for Cause No. D-1-GN-23-002309 in Travis County District Court; (2) has a trial setting on April 28, 2025, with pretrial deadlines through April 2025, for Cause No. D-1-GN-21-003065 in Travis County District Court; (3) has discovery matters for Cause No. D-1-GN-24-003569 in Travis County District Court; and (4) has discovery matters for Cause No. D-1-GN-24-003704 in Travis County District Court.

5. Additionally, the undersigned counsel, along with her office's staff, have personal commitments related to the Texas Office of the Attorney General's closure on April 18, 2025.

6. Due to these reasons and other time constraints, Appellants require additional time to submit their Appellants' reply brief.

7. This extension is not being sought for purposes of delay but so that justice may be done.

8. The undersigned counsel conferred with Mr. Richard B. Phillips, Jr., counsel for Appellee, on April 15, 2025. On April 15, 2025, Mr. Phillips indicated that Appellee is unopposed to Appellants' request for a 14-day extension of the due date for Appellants' reply brief.

9. All facts recited in this motion are within the personal knowledge of the undersigned counsel, so no verification is necessary under Texas Rule of Appellate Procedure 10.2.

### PRAYER

Appellants request that this motion be granted, extending the time for filing Appellants' reply brief to May 12, 2025.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney
General

**AUSTIN KINGHORN**
Deputy Attorney General for
Civil Litigation

**STEVEN ROBINSON**
Chief, Tax Litigation Division

/s/ *Deborah J. Rao*
**DEBORAH J. RAO**
Assistant Attorney General
State Bar No. 24131915
Deborah.Rao@oag.texas.gov
RAY LANGENBERG
Specially Deputized
Assistant Attorney General
State Bar No. 11911200
ray.langenberg@cpa.texas.gov
ALYSON "ALLY" THOMPSON
Assistant Attorney General
State Bar No. 24143794
Office of the Attorney General
Tax Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
T: (512) 475-3503
F: (512) 478-4013

*Counsel for Appellants*

## CERTIFICATE OF CONFERENCE

Deborah Rao conferred with Richard B. Phillips, Jr., counsel for Appellee, by email on April 15, 2025. Appellee is unopposed to this motion.

/s/ *Deborah J. Rao*
Deborah J. Rao
Assistant Attorney General
Tax Litigation Division

## CERTIFICATE OF SERVICE

I certify that on April 16, 2025, a copy of the foregoing pleading was served on all parties or attorneys of record via the service methods listed below.

***Via Electronic Service and/or email:***

Mary A. McNulty
Mary.McNulty@hklaw.com
Leonora Meyercord
Lee.Meyercord@hklaw.com
Richard B. Phillips, Jr.
Rich.Phillips@hklaw.com
*Holland & Knight LLP*
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-964-9500
Fax: 214-964-9501

**ATTORNEYS FOR APPELLEE**

/s/ *Deborah J. Rao*
Deborah J. Rao
Assistant Attorney General
Tax Litigation Division

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Neuman on behalf of Deborah Rao
Bar No. 24131915
david.neuman@oag.texas.gov
Envelope ID: 99725719
Filing Code Description: Motion
Filing Description: Appellants Unopposed First Motion for Extention of Time to File Appellants Reply Brief
Status as of 4/16/2025 9:24 AM CST

Associated Case Party: AMERICAN AIRLINES, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 4/16/2025 9:14:46 AM | SENT |
| Leonora Meyercord | 24074711 | Lee.Meyercord@hklaw.com | 4/16/2025 9:14:46 AM | SENT |
| Mary McNulty | 13839680 | Mary.McNulty@hklaw.com | 4/16/2025 9:14:46 AM | SENT |
| Meghan McCaig | | meghan.mccaig@hklaw.com | 4/16/2025 9:14:46 AM | SENT |

Associated Case Party: GLENN HEGAR COMPTROLLER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ray Langenberg | 11911200 | ray.langenberg@cpa.texas.gov | 4/16/2025 9:14:46 AM | SENT |
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 4/16/2025 9:14:46 AM | SENT |
| Alyson "Ally" Thompson | | ally.thompson@oag.texas.gov | 4/16/2025 9:14:46 AM | SENT |
| Deborah Rao | | Deborah.Rao@oag.texas.gov | 4/16/2025 9:14:46 AM | SENT |